UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 2:13mc50704
                                                Hon. Robert H. Cleland

v

ASHAK ASHAQ,

        Defendant.
_____/

**ORDER TO SELL VEHICLE**

On July 17, 2013 this Court issued a writ of execution for a 2006 Nissan Pathfinder (VIN 5N1AR18W76C617603). (Dkt. No. 4) The United States Marshal Service served a copy of the writ of execution upon counsel for Ashak Ashaq on September 17, 2013. (Dkt. No. 6) On October 3, 2013 the United States Marshal Service took custody of the 2006 Nissan Pathfinder.

No objections to the writ of execution or request for hearing have been filed with the Court.

Now therefore,

**IT IS ORDERED** that Ashak Ashaq's interest in the 2006 Nissan Pathfinder will be terminated upon sale of the vehicle; and

**IT IS ORDERED** that the United States Marshal Service shall sell the 2006 Nissan Pathfinder at its next regularly scheduled seized vehicle auction; and

**IT IS ORDERED** that the United States Marshal Service shall serve by first class mail written notice of the date, time and location of the proposed sale on Ashak Ashaq, Reg. No. 46448-0039, FCI Ashland, PO Box 6001, Ashland, KY 41105 at least 14 days in advance of the date of the regularly scheduled seized vehicle auction; and

**IT IS ORDERED** that the proceeds from the sale of the 2006 Nissan Pathfinder (VIN 5N1AR18W76C617603) shall be distributed first to the costs of execution, storage and sale, with the net remaining proceeds being promptly remitted to the Clerk of the Court, USDC EDMI, 231 W. Lafayette, Detroit MI 48226; and

**IT IS ORDERED** that the Clerk of the Court shall distribute the funds so received in accordance with the judgment in case number 10CR20705 08.


Dated: April 22, 2014                                s/Robert H. Cleland
                                                    Hon. Robert H. Cleland
                                                    United States District Court